```
                    U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
                          FILED
                        JUN 15 2009
                  CLERK U.S. DISTRICT COURT
                  By _____
                              Deputy
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Patrick C. Shepherd
_____
Plaintiff

v.                                    **5-09CV0127-C**

National Board of Medical Examiners    Civil Action No.
_____
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Patrick C. Shepherd
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

National Board of Medical Examiners

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | June 10, 2009 |
| Signature: | /s/ |
| Print Name: | Vincent E. Nowak |
| Bar Number: | 15121550 |
| Address: | P.O. Box 31656 |
| City, State, Zip: | Amarillo, TX 79120 |
| Telephone: | 806-337-1105 |
| Fax: | 806-371-6230 |
| E-Mail: | venowak@mhba.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons