AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas



| | |
|---|---|
| Patrick C. Shepherd ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| National Board of Medical Examiners ) | |
| Defendant ) | |

**5-09CV0127-C**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

National Board of Medical Examiners c/o its
registered agent: CT Corporation System
1025 Vermont Ave. N.W.
Washington, D.C. 20005

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Vincent E. Nowak
Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: **JUN 15 2009**

Name of clerk of court

*[signature]*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

    _____
Server's signature

    _____
Printed name and title

    _____
Server's address