UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PATRICK C. SHEPHERD | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 5-09CV0127-C |
| | § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | § | |
|     Defendant. | § | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED that this cause be and the same hereby DISMISSED, with prejudice, with each party to bear its own costs and attorney's fees.

SIGNED this _15th_ day of July, 2009.

_____
Vincent E. Nowak
Mullin Hoard & Brown, LLP
500 S Taylor, Suite 800
P.O. Box 31656
Amarillo, TX 79120-1656
ATTORNEY FOR PLAINTIFF, PATRICK C. SHEPHERD