IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PATRICK C. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | |
| | ) | Civil Action No. 5:09-CV-127-C |
| Defendant. | ) | ECF |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed July 15, 2009,

IT IS ORDERED that this cause is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated July 30, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT